DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HAROLD ST. FELIX,**
Appellant,

v.

**ALBERT HAZEN** and **JORIE HAZEN,**
Appellee.

No. 4D19-2098

[April 16, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 2018CA009629.

Harold St. Feliz, West Palm Beach, pro se.

Rosemary B. Wilder of Marlow Adler Abrams Newman & Lewis, Coral Gables, for appellees.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CIKLIN and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***